B. Payn's Son's Tobacco Company, Appellant, v. Joseph Payette and Julius Mendelsohn, Respondents.— Judgment unanimously affirmed, with costs.

Thomas Horton and Alexander Horton, Respondents, v. William Hathaway, Appellant, Impleaded with Remus E. Lasher and George H. Finch, Defendants.— Judgment and order unanimously affirmed, with costs.

Pauline Stralucke, Respondent, v. Edwin L. Meyers and David F. Meyer, Appellants.— Judgment and order unanimously affirmed, with costs.

The People of the State of New York, Respondent, v. Bartelo Taranto, alias Charles Griffin, Appellant.— Judgment of conviction and order affirmed. All concurred.

Frank Hooey, Respondent, v. Morris Kantrowitz, Appellant.— Judgment and order affirmed, with costs, upon the authority of *Holsapple* v. *International Paper Co.* (152 App. Div. 606). All concurred, except Smith, P. J., who dissented.

Byron Hill, Appellant, v. Joseph Bond, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Claim of Mary Winters for Compensation under the Workmen's Compensation Law, and State Workmen's Compensation Commission, Respondents, v. New York Herald Company, Employer, and Globe Indemnity Company, Insurance Carrier, Appellants. — Award unanimously affirmed.

In the Matter of the Claim of Edward J. O'Neil, Respondent, for Compensation under the Workmen's Compensation Law, v. West Side Storage Warehouse Company, Employer, and Fidelity and Deposit Company of Maryland, Insurance Carrier, Appellants.— Award reversed and further compensation denied on the opinion in *Matter of Feinman* v. *Albert Manufacturing Co.* (170 App. Div. 147), decided herewith. All concurred.

In the Matter of the Claim of Abraham Possner, Respondent, for Compensation under the Workmen's Compensation Law, v. Smith Metal Bed Company, Employer, and Zurich General Accident and Liability Insurance Company, Limited, Insurance Carrier, Appellants.— Award reversed and further compensation denied on the opinion in *Matter of Feinman* v. *Albert Manufacturing Co.* (170 App. Div. 147), decided herewith. All concurred.

Fred Snay, Respondent, v. Svea Fire and Life Insurance Company, Limited, of Gothenburg, Sweden, Appellant.— Judgment and order reversed as against the evidence and new trial granted, with costs to appellant to abide event, on the ground that the verdict is excessive, unless the plaintiff stipulates to reduce the verdict to $666.66, in which case the judgment is modified accordingly, and as modified judgment and order unanimously affirmed, without costs. All concurred.

Mary Hicks, as Administratrix, etc., of Moses B. Hicks, Deceased, Appellant, v. The Delaware and Hudson Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Woodward, J., who dissented.

Ida L. Parrish, Appellant, v. George White and Another, Respondents.— Judgment unanimously affirmed, with costs.